EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
 (408) 625-1138
Attorneys for Debtor(s),

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**MICHELE M GRECO**,

        Debtor(s).

Case No. 13-30802 HLB

Chapter 13

NOTICE OF HEARING OF DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATING THE AUTOMATIC STAY; CERTIFICATE OF SERVICE

**TO: The Bank of New York Mellon/Nationstar Mortgage LLC and all other interested parties:**

      NOTICE OF HEARING IS HEREBY GIVEN in accordance with Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California that on **July 23, 2014 at 9:40AM** or as soon thereafter as the matter may be heard in Courtroom 23 of the above-entitled court located at **235 Pine Street, 19th Floor, Courtroom 23 San Francisco, CA 94104**, Counsel EDDY HSU, ESQ. will move for an order

That The Bank of New York Mellon/ Nationstar Mortgage LLC be held in (2) counts of contempt of court order;

1. Find that The Bank of New York Mellon/ Nationstar Mortgage LLC be held in contempt of court in violating (2) Court orders.
2. That The Bank of New York Mellon/ Nationstar Mortgage LLC return $8,866.33 with 5.375% interest forthwith with half to Michele Greco sent to her attorney of record and half to Michael Greco, sent to his attorney of record, Lawrence L. Szabo. (3608 Grand Ave, Ste 1, Oakland, CA 94610);
3. That The Bank of New York Mellon/ Nationstar Mortgage LLC be sanctioned $1,000.00 for each count of contempt.
4. That The Bank of New York Mellon/ Nationstar Mortgage LLC be sanctioned $100.00 for each day that it holds on the $8,866.33 overpayment since November 27, 2013.
5. Award attorney fees in the amount of $1,500.00 payable to the Law Office of Eddy Hsu at the address of Debtor's attorney of record, payable forthwith.

AMENDED NOTICE OF DEBTOR'S MOTION TO MODIFY PLAN

That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 28 days of mailing of the notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default

Date: June 25, 2014 /s/Eddy Hsu
Eddy Hsu
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St., San Mateo, CA 94403.

On today's date, I served the following documents:

1. DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATING THE AUTOMATIC STAY
2. DECLARATION OF **MICHELE M GRECO** IN SUPPORT OF DEBTOR'S MOTION with Exhibit A, B, C
3. DECLARATION BY EDDY HSU, ESQ. with Exhibit A
4. NOTICE OF HEARING OF DEBTORS' MOTION FOR CONTEMPT FOR VIOLATING THE AUTOMATIC STAY: CERTIFICATE OF SERVICE

by placing a true copy thereof in a sealed envelope with postage **CERTIFIED** thereon fully prepaid, in the United States Mail at San Mateo, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| | |
|---|---|
| The Bank of New York Mellon<br>ATTN: Gerald Hassell CEO<br>One Wall Street<br>New York, NY 10286 | Nationstar Mortgage, LLC<br>ATTN: Bill Taylor (authorized Filing Agent)<br>PO Box 630267<br>Irving, TX 75063 |

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. ECF participants notified electronically.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 25, 2014 at San Mateo, California.

/s/ *Eddy Hsu*
Eddy Hsu