1

EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST
SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(408) 625-1139 FAX

2

3

Signed and Filed: July 25, 2014

4

5

Attorney for Debtor(s),

6

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

7

8

9

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

In re:

Case No. 13-30802 HLB

12

**MICHELE M GRECO**,

Chapter 13

13

14

Debtor(s).

**ORDER GRANTING IN PART MOTION FOR CONTEMPT FOR VIOLATING THE AUTOMATIC STAY**

15

16

17

On June 25, 2014, Debtor Michele Greco, through her attorney of record, filed a

18

MOTION FOR CONTEMPT FOR VIOLATING THE AUTOMATIC STAY against Bank

19

20

of New York Mellon and their servicer Nationstar Mortgage, LLC. Proper service of the

21

motion was made on June 25, 2014.

22

23

This court heard the Motion on July 23, 2014 at 9:40AM. Eddy Hsu, Esq.

24

appeared for the Debtor and moving party. No other party appeared and no opposition

25

was filed.

IT IS ORDERED THAT:

1.  The Court finds The Bank of New York Mellon and Nationstar Mortgage, LLC violated the automatic stay as set forth in the Motion;

2.  The Bank of New York Mellon/ Nationstar Mortgage LLC shall return $8,866.33 forthwith.  The Bank of New York Mellon/ Nationstar Mortgage LLC shall pay half ($4,433.16) to Michele Greco sent to her attorney of record.  The Bank of New York Mellon/ Nationstar Mortgage LLC shall pay half ($4,433.16) to Michael Greco, sent to his attorney of record, Lawrence L. Szabo. (3608 Grand Ave, Ste 1, Oakland, CA 94610).

3.  The Bank of New York Mellon/ Nationstar Mortgage LLC shall be sanctioned $1,000.00 payable forthwith to Michele Greco and sent to her attorney of record;

4.  The Bank of New York Mellon/ Nationstar Mortgage LLC shall be further sanctioned $100.00 for each day that it fails to repay the above referenced $8,866.33 starting from February 18, 2014.  The sanction shall be payable to Michele Greco and sent to her attorney of record.

5.  The Bank of New York Mellon/ Nat io nstar Mortgage LLC shall pay forthwith attorney fees in the amount of $1,500.00  payable to the Law Office of Eddy Hsu and sent to Debtor's attorney of record.

6.  The Motion for a finding of contempt is hereby **DENIED**.

**\*\*\* END OF ORDER\*\*\***

# COURT SERVICE LIST

**ECF participants notified electronically**

The Bank of New York Mellon
ATTN: Gerald Hassell CEO
One Wall Street
New York, NY 10286

Nationstar Mortgage, LLC
ATTN: Bill Taylor (authorized Filing Agent)
PO Box 630267
Irving, TX 75063

Michele Greco
45 Ocean View Ave
Half Moon Bay, CA 94019